IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

IN RE: Valerie A Korthals

Debtor(s)

Case Number: 04-41450--7

Chapter: 7

## REQUEST FOR NOTICE
## PURSUANT TO BANKRUPTCY RULE 2002 AND 9010

PLEASE TAKE NOTICE THAT AmeriCredit hereby gives notice as follows:

Pursuant to Bankruptcy Rule 2002 and 9010, AmeriCredit hereby requests that:

(i) all notices given or required to be given in the case; and
(ii) all pleadings and correspondence served or required to be served in this case,

regarding AmeriCredit should be directed to AmeriCredit at the following mailing address effective immediately:

AmeriCredit
Attn: AmeriCredit Department
Account : 421399387
P.O. Box 183853
Arlington, TX 76096

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which effects or seeks to effect the above case.

Respectfully submitted,

*Alice Whitten /RW*

Alice Whitten
AmeriCredit
P.O. Box 183853
Arlington, TX 76096
(888) 755-8646

File #:   171797
Attorney(s) for AmeriCredit

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 18th day of November, 2004.

*Alice Whitten /RW*

Alice Whitten

| Trustee: | Company: | Attorney for Debtor: |
|---|---|---|
| John Lovald | AmeriCredit | Douglas G Lorenzen |
| Trustee of the U.S. Bankruptcy Court | 4000 Embarcadero | P.O. Box 84435 |
| 117 E Capitol Ave # 66 | Arlington, TX 76014 | Sioux Falls, SD 57118 |
| Pierre, SD 575013105 | | |

RECEIVED / FILED
Nov 24   8 21 AM '04
CLERK
U.S. BANKRUPTCY COURT
DIST. OF SOUTH DAKOTA